IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELINDA HILL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-4499 |
| | § | |
| BLACKPOWDER PRODUCTS, | § | |
| INC., *et al.*, | § | |
| Defendants. | § | |

**ORDER**

On May 29, 2012, approved settlement funds for Minor Plaintiff Austin Massey in the amount of $1,592.56 were deposited into the Court's Registry. Counsel for Plaintiff has filed a Motion to Release Funds [Doc. # 10], representing without supporting evidence that Austin Massey has reached the age of 18, and asking the Court to release the funds to Austin Massey. It is hereby

**ORDERED** that Plaintiff shall file a supplemental motion that (1) includes evidence that Austin Massey has reached the age of 18 (filed under seal) and (2) provides information regarding where the funds in the Court Registry should be sent.

SIGNED at Houston, Texas, this 28th day of **July, 2014**.

Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2011\4499SupplementMotion.wpd 140728.1501